UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN ADU ACHEAMPONG,<br><br>Defendant. | CASE NO.: 1:22-mj-299<br><br>MAGISTRATE JUDGE LITKOVITZ<br><br>ORDER UNSEALING CASE |

Upon the Motion of the United States Attorney and for good cause shown, it is hereby **ORDERED** that the above-captioned matter be unsealed.

12/1/2023
DATE

HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE